# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| VERA MCKELLEY, *individually; and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>VORNADO AIR, LLC<br><br>　　　　Defendant. | Case No. 4:23-cv-06981 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Vera McKelley, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant, Vornado Air, LLC, without prejudice, with leave to refile, with each party to bear their own fees and costs.

Dated: 7/2/2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Paul J. Doolittle*
　　　　　　　　　　　　　　　　　　　Paul J. Doolittle
　　　　　　　　　　　　　　　　　　　**Poulin | Willey | Anastopoulo, LLC**
　　　　　　　　　　　　　　　　　　　32 Ann Street
　　　　　　　　　　　　　　　　　　　Charleston, SC 29403
　　　　　　　　　　　　　　　　　　　Telephone: 843-614-8888
　　　　　　　　　　　　　　　　　　　pauld@akimlawfirm.com
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*